UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) MAGISTRATE JUDGE'S |
| v. | ) ~~CRIMINAL~~ NO. |
| RAMON GERMINO PAULINO-POLANCO | ) DOCKET |
| | ) 2004 M 0521 RBC |

### AFFIDAVIT IN SUPPORT OF RULE 5 PROCEEDING

I, Thomas Kilbride, Special Deputy United States Marshal, do hereby make oath before the Honorable Robert B. Collings, United States Magistrate Judge for the District of Massachusetts, that upon personal knowledge coming to me in connection with my official duties, on October 22, 2004, there was issued a warrant of arrest for one Ramon Germino Paulino-Polanco in the United States District Court for the Southern District of New York for illegal reentry pursuant to Title 8, United States Code, Section 1326(a) and 1326(b)(2). The defendant was indicted on these charges on September 27, 1999. I do hereby make oath that on this date I executed said warrant by arresting Ramon Germino Paulino-Polanco in the District of Massachusetts.

_____
Thomas Kilbride
Senior Special Agent
Immigration and Customs
Enforcement

Subscribed and sworn to before me this twenty-second day of October, 2004.

_____
ROBERT B. COLLINGS

1