| IN UNITED STATES | ☒ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |
|---|---|---|---|---|---|

IN THE CASE OF

U.S. v.s. Ramon Paulino - Polanco

FOR
AT

PERSON REPRESENTED (Show your full name)

1 ☒ Defendant—Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other

DOCKET NUMBERS
Magistrate
2004M0521 RBC
District Court
Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →)  ☒ Felony  ☐ Misdemeanor

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☒ Yes  ☐ No  ☐ Am Self-Employed
Name and address of employer: _worked at hot-dog stand_
IF YES, how much do you (not) earn per month? $ _____
IF NO, give month and year of last employment
How much did you earn per month? $ _____
If married is your Spouse employed? ☐ Yes ☒ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
RECEIVED     SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES   $ _____    no on advice of counsel answer -

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☒ No   IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
VALUE   DESCRIPTION
IF YES, GIVE THE VALUE AND DESCRIBE IT  $ _____

**DEPENDENTS**
MARITAL STATUS: SINGLE / MARRIED / WIDOWED / SEPARATED OR DIVORCED
Total No. of Dependents: _____
List persons you actually support and your relationship to them: none

**OBLIGATIONS & DEBTS**

DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| | none | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date)    OCT 22 2004

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ X _Ramon Herman Paulino_